IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HEATHER J. BROOKE, )
)
    Plaintiff, )
v. ) Civil Action No. 3:19CV917–HEH
)
WARDEN J. ANDREWS, )
)
    Defendant. )

**MEMORANDUM OPINION**
(Dismissing Action Without Prejudice)

By Memorandum Order entered on January 13, 2020, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that she must keep the Court informed as to his current address. On November 10, 2020, the United States Postal Service returned an October 26, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                             /s/
                                  HENRY E. HUDSON
Date: **Nov. 23, 2020**         SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia